USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-15-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
AGOSTINO CONSOLINI et al.,

                                Plaintiffs,

          -against-

THE REPUBLIC OF ARGENTINA,

                                Defendant.
------------------------------------------------------------------- x

**ORDER OF SATISFACTION OF JUDGMENT**

05-CV-0177 (LAP)

WHEREAS, on April 2, 2007, the Court entered a final judgment, ECF No. 19, (the "Final Judgment") against the Republic of Argentina (the "Republic"), and in favor of the plaintiffs Edith Elvira Nicolas, Paula Armanda Azcarate, Lerinerco S.A., Ensenada United Corporation, Lorenzo Bianchi, Fiseico - Financing Services International Corporation, Romi Fischmann, and Chava Rebecca Fischmann (together, the "Milberg Plaintiffs") and plaintiffs Agostino Consolini, Cesarino Consolini, Hilda Rupprecht, Mario Giacometti, and Verna Gualandi, (together, the "Duane Morris Plaintiffs"), with respect to plaintiffs' ownership of beneficial interests in Republic-issued bonds (the "Bonds");

WHEREAS, on June 25, 2019, the Court entered an Order of Satisfaction of Judgment, ECF No. 130, as to the Duane Morris Plaintiffs;

WHEREAS, the Milberg Plaintiffs have also tendered interests in the Bonds in exchange for new securities issued by the Republic in the Republic's 2010 exchange offer, and/or transferred their interests in the Bonds, and/or have otherwise settled their claims and accordingly no longer hold any interest in the Bonds that are the subject of the above-captioned case.

NOW, THEREFORE, satisfaction of the Final Judgment as to the Milberg Plaintiffs is hereby acknowledged, which, taken together with satisfaction of the Final Judgment as to the Duane Morris Plaintiffs, results in satisfaction of the Final Judgment in full.

NOW, THEREFORE, the Clerk of the Court is hereby authorized and directed to make an entry of full satisfaction on the docket.

SO ORDERED:

*Loretta A. Preska*

United States District Judge
Dated: November 15, 2019